NAOMI GRANT
6161 OAKLEY ST
PHILADELPHIA, PA  19111-6018

Case 25-12585-djb    Doc 30    Filed 11/03/25    Entered 11/03/25 12:06:53    Desc Main
Document    Page 2 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  NAOMI GRANT<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 25-12585-DJB |

PRAECIPE

TO THE CLERK:

Please withdraw the Meeting of Creditors filed on or about November 3, 2025 at docket number 29 in the above referenced case.

Respectfully Submitted

Date: November 03, 2025

/s/ *Kenneth E. West*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee