**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Naomi Grant, | Case No. 25-12585-DJB |
| | Chapter 13 |
| Debtor. | |

**Debtor's Objection to Claim No. 2**
**by Claimant Cavalry SPV I, LLC**

**AND NOW**, Naomi Grant (the "Debtor"), by and through her attorney, objects to proof of claim no. 2 ("POC No. 2") filed by Cavalry SPV I, LLC. In support of this objection, the Debtor states as follows:

1.  The Debtor filed this bankruptcy case under Chapter 13 on June 26, 2025.

2.  Cavalry SPV I, LLC filed POC No. 2 as being fully secured in the amount of $4,330.02 based on an attached judgment lien obtained against the Debtor in Philadelphia Court of Common Pleas Docket No. 250100891 on March 6, 2025. A true and correct copy of POC No. 2 and its attachments is attached as Exhibit A.

3.  Under 42 Pa.C.S.A. § 4303(a), judgment liens attach only to real property.

4.  The Debtor owns no real property.

5.  Because the Debtor owns no real property, the judgment lien that POC No. 2 is based on is attached to and secured by nothing, and POC No. 2 is therefore fully unsecured.

6.  Because POC No. 2 is fully unsecured, the secured status of the POC No. 2 must be changed to reflect that it is fully unsecured.

**NOW, THEREFORE**, the Debtor requests that this Court sustain their objection in the form of order attached and grant such other relief in their favor as may be necessary and proper under the law.

Date: April 23, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite
900 Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com