PAE1

**Fill in this information to identify the case:**

Debtor 1          Naomi Grant

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number      **25-12585**

## Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Cavalry SPV I, LLC as assignee of Capital One, N.A. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☐ No  ☒ Yes.  From whom?  Capital One, N.A. |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Cavalry SPV I, LLC
Name
P.O. Box 4252
Number     Street
Greenwich          CT          06831-2200
City          State          ZIP Code

Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

**Where should payments to the creditor be sent? (if different)**

Cavalry SPV I, LLC
Name
P.O. Box 27288
Number     Street
Tempe          AZ          85285
City          State          ZIP Code

Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

Uniform claim identifier (if you use one):

C P S C A V 2 5 1 2 5 8 5 P A P 5 1 1 8 6 5 9 7

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No  ☐ Yes.  Claim number on court claims registry (if known) _____  Filed on ____ / ____ / ____  MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No  ☐ Yes.  Who made the earlier filing? _____ |

Official Form 410                    **Proof of Claim**                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __6__ __5__ __9__ __7__

**7. How much is the claim?**

$__$4,330.02__. **Does this amount include interest or other charges?**

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

__LEGAL JUDGMENT__

**9. Is all or part of the claim secured?**

☐ No

☒ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☒ Other. Describe: __JUDGMENT LIEN__

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $__$4,330.02__

**Amount of the claim that is unsecured:** $__$0.00__ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)__0__%

☒ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    8/5/2025
MM / DD / YYYY

/s/ Caitlin Truman

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Caitlin Truman | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Cavalry Portfolio Services, LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | P.O. Box 4252 | | |
| | Number        Street | | |
| | Greenwich | CT | 06831-2200 |
| | City | State | ZIP Code |
| Contact phone | (800) 501-0909 x53450 | Email | |

Our File No.: ▮5900
Apothaker Scian P.C.
By: David J. Apothaker, Esquire
Attorney I.D. #38423
100 Century Parkway, Suite 310, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215 TTY 711
Attorneys for Plaintiff



Filed and Attested by the
Office of Judicial Records
06 MAR 2025 03:41 am
A. STAMATO

|  |  |
|---|---|
| CAVALRY SPV I, LLC | ) COURT OF COMMON PLEAS OF |
|  | ) PHILADELPHIA COUNTY |
|  | ) |
| Plaintiff | ) |
| vs. | ) NO.: 250100891 |
|  | ) |
| NAOMI GRANT | ) Civil Action |
|  | ) |
| Defendant | ) |

## PRAECIPE FOR DEFAULT JUDGMENT

TO THE PROTHONOTARY:

Kindly enter judgment against Defendant, NAOMI GRANT, in the default of an Answer, in the amount of $4,251.75 computed as follows:

| | | |
|---|---|---|
| Amount claimed in complaint: | $ | 3,822.52 |
| Less: Amount Paid: | | ( 0.00) |
| Plus: Cost | | 429.23 |
| TOTAL | $ | 4,251.75 |

I certify that Defendant, NAOMI GRANT, last known address is 6161 OAKLEY ST,

PHILADELPHIA, PA 19111-6018.

/s/ David J. Apothaker, Esquire
David J. Apothaker, Esquire
Attorney for Plaintiff

Case ID: 250100891

**OFFICE OF THE PROTHONOTARY**
COURT OF COMMON PLEAS

TO:   NAOMI GRANT
      6161 OAKLEY ST
      PHILADELPHIA, PA 19111-6018

|  |  |  |
|---|---|---|
| CAVALRY SPV I, LLC | ) | COURT OF COMMON PLEAS OF |
|  | ) | PHILADELPHIA COUNTY |
|  | ) |  |
| Plaintiff | ) |  |
| vs. | ) | NO.: 250100891 |
|  | ) |  |
| NAOMI GRANT | ) | Civil Action |
|  | ) |  |
| Defendant | ) |  |

NOTICE

Pursuant to Rule 236 of the Supreme Court of Pennsylvania, you are hereby notified that a Judgment has been entered against you in the above proceeding as indicated below.

**XX**  JUDGMENT BY DEFAULT

___   JUDGMENT IN REPLEVIN

____  JUDGMENT BY CONFESSION

___   JUDGMENT FOR POSSESSION

___   JUDGMENT ON AWARD OF ARBITRATORS

___   JUDGMENT ON VERDICT

____  JUDGMENT ON COURT FINDINGS

___   JUDGMENT ON WRIT OF REVIVAL

IF YOU HAVE ANY QUESTIONS CONCERNING THIS NOTICE, PLEASE CALL:

Attorney David J. Apothaker, Esquire, at this telephone number: 800-672-0215
TTY 711

Case ID: 250100891

Our File No.: ██5900
Apothaker Scian P.C.
By: David J. Apothaker, Esquire
Attorney I.D. #38423
100 Century Parkway, Suite 310, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215 TTY 711
Attorneys for Plaintiff

|  | ) | COURT OF COMMON PLEAS OF |
| --- | --- | --- |
| CAVALRY SPV I, LLC | ) | PHILADELPHIA COUNTY |
|  | ) |  |
| Plaintiff | ) |  |
| vs. | ) | NO.: 250100891 |
|  | ) |  |
| NAOMI GRANT | ) | Civil Action |
|  | ) |  |
| Defendant | ) |  |

**CERTIFICATION PURSUANT TO RULE 237.1**

Pursuant to PA Rule Civil Procedure 237.1, I certify that, after the failure to plead and at least ten days prior to the date of the filing of the within praecipe, written notice of Plaintiff's intention to file the within praecipe was sent to the defendant and defendant's attorney of record, if any.

I verify that the statements made in this Certification are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. §4904, relating to unsworn falsification to authorities.

/s/ David J. Apothaker, Esquire
David J. Apothaker, Esquire
Attorney for Plaintiff

Case ID: 250100891

Our File No.: ▉5900
Apothaker Scian P.C.
By: David J. Apothaker, Esquire
Attorney I.D. #38423
100 Century Parkway, Suite 310, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215 TTY 711
Attorneys for Plaintiff

|  |  |  |
|---|---|---|
| CAVALRY SPV I, LLC<br>Plaintiff | )<br>)<br>) | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY |
| vs. | )<br>) | |
| | ) | NO.: 250100891 |
| NAOMI GRANT<br>Defendant | )<br>)<br>) | Civil Action |
| | )<br>) | |

## AFFIDAVIT OF NON-MILITARY SERVICE

COMMONWEALTH OF PENNSYLVANIA          :
                                      : SS.
COUNTY OF PHILADELPHIA                :

 David J. Apothaker, Esquire, being duly sworn according to law, deposes and says that I am the attorney for Plaintiff, and authorized to make this affidavit; that Defendant(s) resides at 6161 OAKLEY ST, PHILADELPHIA, PA 19111-6018.

 We inquired with the web site of the Defense Manpower Data Center, located at 1600 Wilson Boulevard, Suite 400, Arlington, VA  22209-2593, if the Defendant(s) is/are in any branch of the military.

 The Defense Manpower Data Center has sent back our inquiry indicated that the Defendant(s) is/are not in the military.

<u>/s/  David J. Apothaker, Esquire</u>
David J. Apothaker, Esquire
Attorney for Plaintiff

I verify that the statements made in this Certification are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. §4904, relating to unsworn falsification to authorities.

Case ID: 250100891

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania:  Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by:   <u>Apothaker Scian PC</u>

Signature:      <u>/s/ David J. Apothaker, Esquire</u>
Name:           David J. Apothaker, Esquire
Attorney No.:   38423

CAVALRY SPV I, LLC                    ) COURT OF COMMON PLEAS
                                      ) PHILADELPHIA COUNTY
        vs.                           )
                                      )
NAOMI GRANT                           ) NO. 250100891
                                      )

Date of Notice: 02/18/2025

To:  NAOMI GRANT
     6161 OAKLEY ST
     PHILADELPHIA, PA 19111-6018

## IMPORTANT NOTICE

YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU.  UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION
SERVICE
ONE READING CENTER
PHILADELPHIA, PA 19107
215-238-1701

DAVID J. APOTHAKER, ESQUIRE
Apothaker Scian P.C.
A Law Firm Engaged in Debt Collection
100 Century Parkway, Suite 310, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215, TTY 711
Attorney for Plaintiff
Attorney ID #38423

5900

Case ID: 250100891

# Affidavit / Return of Service

| **Plaintiff:** | CAVALRY SPV I LLC | **Court Term & No.:** 250100891 |
|---|---|---|
| | | E-File# 2502003353 |
| **Defendant:** | NAOMI GRANT | **Document Served:** Plaintiff's Complaint |
| **Serve at:** | 6161 OAKLEY ST | **Company Reference/Control No.:** APOTHAKER |

Served and Made Known to NAOMI GRANT on 01/26/2025 at 12:40 PM, in the manner described below:

Adult family member with whom said Party(s) resides. Relationship is: _____. NAME: _____

| **Description** | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| | 30 | 5' 8" | 190 lbs. | Black | Male |

**Other:** GPS TIME STAMPED PHOTOGRAPH ON FILE

| **Company Profile:** | **Name of Server:** STUART DOCTORITZ |
|---|---|
| FOR SURE LEGAL SERVICES INC PHILADELPHIA PA PHILADELPHIA PA 19102 PHONE: (267)249-2170 | Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
| | **Deputy Sheriff:** |

Case ID: 250100891

**FILED AND ATTESTED PRO-PROTHY 03 FEB 2025 03:58 PM**

\\zdrafsrv 12/8/11

Master Account Sale Agreement dated September 23, 2021
Account Sale Addendum dated November 2, 2023

## BILL OF SALE

### Closing Date: 4/15/2024

Capital One, N A. ("Seller"), in consideration of a Purchase Price of ███████ and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby sells, assigns, conveys, sets over, and transfers all right, title and interest in the Accounts identified in the Sale File entitled

OMEGA BN0040 SALES.PROD-EAST BFRLE20240410_BN0040_main dat gz
OMEGA BN0040 SALES.PROD-EAST BFRLE20240410_BN0040_customer dat gz
OMEGA.BN0040 SALES PROD-EAST.BFRLE20240410_BN0040_phone.dat.gz

(which may be in electronic form) to Cavalry SPV I, LLC("Buyer"), and including all proceeds thereof of any kind, without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to and in accordance with the terms of that certain Master Account Sale Agreement, dated as of September 23, 2021, by and between Seller and Buyer (as amended, restated or otherwise modified from time to time, the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement. This Bill of Sale does not amend the terms of the Agreement in any respect. The representations, warranties, covenants, agreements and indemnities contained in the Agreement shall not be superseded hereby but shall remain in full force and effect as and to the extent provided in the Agreement

The Cutoff Date for the Sale File was April 10, 2024  The aggregate Sale Balance of the Accounts as of the Cutoff Date was ███████

IN WITNESS WHEREOF, Seller, by its duly authorized representative, has executed and delivered this Bill of Sale as of the date first above written

CAPITAL ONE, NATIONAL ASSOCIATION

By _____

Name· Wesley Perkins

Title· Managing Vice President


**Cavalry**

# Account Summary

**Naomi Grant    6161 OAKLEY ST   PHILADELPHIA, PA 19111-6018**

| | |
|---|---|
| **Principal Due** | $3,822.52 |
| **Interest Due** | $78.27 |
| **All Other Charges** | $429.23 |
| **Filing Amount** | $4,330.02 |
| **Name of the entity from whom the creditor purchased the account** | Capital One, N.A. |
| **Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account** | Capital One, N.A. |
| **Last Transaction Date** | 09/28/2023 |
| **Last Payment Date** | 09/28/2023 |
| **Account Charge Off Date** | 03/04/2024 |