**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

Naomi Grant,

Case No. 25-12585-DJB
Chapter 13

Debtor.

**Order on Debtor's Objection to Claim No. 2 by Claimant Cavalry SPV I, LLC**

**AND NOW**, on this _____ day of _____ 2026, after consideration of the Debtor's Objection to Claim No. 2 by Claimant Cavalry SPV I, LLC, and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. The secured status of Claim No. 2 is hereby modified to reflect that it is not secured.

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge