**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

Naomi Grant,

　　　　　　　　　　　　Debtor.

Case No. 25-12585-DJB
Chapter 13

### Notice of Debtor's Objection to Claim No. 2 by Claimant Cavalry SPV I, LLC, and Hearing Date

The Debtor in the above-captioned matter has filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

**A hearing on the motion is scheduled to be held on Thursday, May 28, 2026, at 11:00 a.m.** before U.S. Bankruptcy Judge Derek J. Baker, both in person and by video conference. To attend the hearing in person, go to Courtroom #2 at 900 Market Street, Philadelphia, PA 19107. To attend the hearing by video conference, go to ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing

**If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Thursday, May 7, 2026**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: April 23, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite
　　900 Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com