## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Naomi Grant, | Case No. 25-12585-DJB |
| | Chapter 13 |
| Debtor. | |

### Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 2 by Claimant Cavalry SPV I, LLC was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Cavalry SPV I, LLC (First Class Mail)
P.O. Box 4252
Greenwich, CT 06831

Date: April 23, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com