# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Naomi Grant, | Case No. 25-12585-DJB |
| | Chapter 13 |
| Debtor. | |

**Order on Debtor's Objection to Claim No. 2 by Claimant Cavalry SPV I, LLC**

**AND NOW**, on this _____ day of _____ 2026, after consideration of the Debtor's Objection to Claim No. 2 by Claimant Cavalry SPV I, LLC, and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. The secured status of Claim No. 2 is hereby modified to reflect that it is not secured.  Claim No. 2 is now re-classified as an unsecured claim.

**Date: May 28, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge