United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Naomi Grant

     Debtor

Case No. 25-12585-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Naomi Grant, 6161 Oakley Street, Philadelphia, PA 19111-6018 |
| 15023438 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15023441 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15023445 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15023423 | | Email/Text: bankruptcy@rentacenter.com | Jun 05 2026 00:24:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 15023424 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 05 2026 00:30:25 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15044862 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15023425 | + | Email/Text: bk@avant.com | Jun 05 2026 00:24:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 15023429 | | Email/Text: megan.harper@phila.gov | Jun 05 2026 00:24:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15023426 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 05 2026 00:24:26 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15023427 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:23 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15025637 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:11 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15025916 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:24 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15038927 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:11 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15023428 | + | Email/Text: bankruptcy@cavps.com | Jun 05 2026 00:24:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 15036124 | + | Email/Text: bankruptcy@cavps.com | Jun 05 2026 00:24:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15023430 | | Email/Text: bankruptcy@philapark.org | | |

| | | | Jun 05 2026 00:24:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
|---|---|---|---|---|
| 15023431 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15023432 | ^ | MEBN | Jun 05 2026 00:21:04 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15023433 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 00:30:12 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15023434 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 05 2026 00:24:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15023435 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 05 2026 00:24:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15023436 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2026 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15039546 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2026 00:24:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15044861 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15023437 | | Email/Text: bankruptcynotification@montereyfinancial.com | Jun 05 2026 00:24:00 | Monterey Financial Services. LLC, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15023439 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15023440 | ^ | MEBN | Jun 05 2026 00:21:08 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15038552 | ^ | MEBN | Jun 05 2026 00:20:50 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15023442 | | Email/Text: bankruptcy@philapark.org | Jun 05 2026 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15043310 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2026 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15029120 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2026 00:24:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15023443 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 05 2026 00:24:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15045633 | | Email/Text: bankruptcy@mtabt.org | Jun 05 2026 00:24:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 15023444 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 05 2026 00:24:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15023446 | | Email/Text: bankruptcies@uplift.com | Jun 05 2026 00:24:00 | Uplift Inc, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 15067290 | + | Email/Text: EBN@edfinancial.com | Jun 05 2026 00:24:00 | US Department of Education, 120 N. Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 15067922 | | Email/Text: EBN@edfinancial.com | Jun 05 2026 00:24:00 | US Department of Education, PO BOX 790322, St. Louis, MO 631790322 |
| 15041467 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2026 00:30:13 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 04, 2026 | Form ID: 155 | Total Noticed: 40

15041913    + Email/PDF: ebn_ais@aisinfo.com

Jun 05 2026 00:30:12    Verizon by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Naomi Grant help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         )

    Naomi Grant              )          Case No. 25–12585–djb

                         )

                         )

    Debtor(s).               )          Chapter: 13

                         )

                         )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

      **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 4, 2026                      For The Court

                                         Derek J Baker
                                         Judge, United States Bankruptcy Court